C. I. PECK and F. A. PECK, Executors of the Estate of FRANCES E. PECK, Respondents, v. CATHERINE POWERS, Appellant.— Motion to dismiss appeal

granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.